UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTINA GERSZTEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-cv-1280 |
| | ) | |
| v. | ) | Judge Schwab |
| | ) | |
| UNIVERSITY OF PITTSBURGH CANCER INSTITUTE, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER** re: Motion in Limine (Doc. No. 121)

AND NOW, this 12th day of November, 2009, after consideration of the Defendant's Motion In Limine To Exclude Evidence Regarding Becki Sue Hill, and Plaintiff's opposition and the arguments of the parties, IT IS HEREBY ORDERED that said motion be Granted. Plaintiff may not offer testimony, other evidence, or argument at trial regarding discrimination against or other employment decisions regarding Becki Sue Hill at trial and is expressly precluded from offering into evidence Plaintiff's Exhibits 5 and 37.

United States District Judge