IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KRISTINA GERSZTEN,

       Plaintiff,

v.

UNIVERSITY OF PITTSBURGH
CANCER INSTITUTE CANCER CENTERS,

       Defendant.

Civil Action No. 08-1280
Electronically Filed

## VERDICT SLIP

1.     Did the Plaintiff, Dr. Kristina Gerszten, prove by a preponderance of the evidence that the Defendant, the Cancer Centers unlawfully discriminated against her on the basis of her sex when it failed to renew or renegotiate her 2007 Employment Agreement?

      _____ Yes       _____ No

2.     Did the Plaintiff, Dr. Kristina Gerszten, prove by a preponderance of the evidence that the Cancer Centers unlawfully discriminated against Plaintiff on the basis of her sex when it failed to award her the St. Margaret Hospital/Natrona Heights Medical Director position that was awarded to Dr. Ryan Smith?

      _____ Yes       _____ No

3.     Did the Plaintiff, Dr. Kristina Gerszten prove by a preponderance of the evidence that the Cancer Centers unlawfully discriminated against her on the basis of her sex when it failed to award her the St. Margaret Hospital/Natrona Heights Staff Physician position that was awarded to Dr. Heather Jones?

      _____ Yes       _____ No

      4.      Did the Plaintiff, Dr. Kristina Gerszten prove, by a preponderance of the evidence, that the Cancer Centers unlawfully retaliated against her because she complained about sex discrimination, when it failed to renew or renegotiate her 2007 Employment Agreement?

      _____ Yes      _____ No

      5.      Did the Plaintiff, Dr. Kristina Gerszten prove, by a preponderance of the evidence, that the Cancer Centers unlawfully retaliated against her because she complained of sex discrimination when it failed to award her the St. Margaret Hospital/Natrona Heights Medical Director position that was awarded to Dr. Ryan Smith?

      _____ Yes      _____ No

      6.      Did the Plaintiff, Dr. Kristina Gerszten prove, by a preponderance of the evidence, that the Cancer Centers unlawfully retaliated against her because she complained of sex discrimination when it failed to award her the St. Margaret Hospital/Natrona Heights Staff Physician position that was awarded to Dr. Heather Jones?

      _____ Yes      _____ No

If you answered "No" to ALL of the above questions, please stop and notify the bailiff.  If you answered "Yes" to any one (1) or more of the above questions, please proceed to question No. 7.

      7.      What are Plaintiff's total damages for compensatory damage including emotional distress, embarrassment, or humiliation (excluding back pay and front pay)?

      $_____.

      8.      What are the Plaintiff's total back pay damages?

      $_____.

9a. What are Plaintiff's total front pay damages?

$_____.

9b. What are the number of years you believe plaintiff will continue to work after 2009?

_____.

9c. What are plaintiff's total front pay damages for 2010 alone?

_____.

10. What is the amount of total punitive damages?

$_____.

**SO SAID BY ALL.**

Dated: _____

Signed by all jurors:

_____   _____
Jury Foreperson

_____   _____


_____   _____


_____   _____